# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD JEREMY ADAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | NO. CIV-25-0693-HE |
| ) | |
| WILLIAM CHRIS RANKIN, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

On January 7, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation recommending that petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed without prejudice to re-filing, for failure to exhaust administrative remedies. In the alternative, she recommends the habeas petition be denied.

Judge Maxfield advised petitioner of the right to object to the Report and Recommendation as well as the consequences for failure to timely object. Any objection to the Report and Recommendation was due by January 28, 2026. To date, no objection has been filed. Petitioner has therefore waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #7] to the extent it recommends dismissal of the habeas petition based on failure to exhaust

administrative remedies.[1] On that basis, the petition [Doc. #1] is **DISMISSED,** without prejudice to re-filing.

**IT IS SO ORDERED**.

Dated this 3rd day of February, 2026.

                                            JOE HEATON
                                            UNITED STATES DISTRICT JUDGE

---

[1] *In light of this ruling, the court does not address Magistrate Judge Maxfield's alternative recommendation to deny the habeas petition.*